David A. Riggi, Esq.
7900 W. Sahara Ave. #100
Las Vegas, NV 89117
Ph.:   1-702-463-7777
Fax.:  1-888-306-7157
E-mail: riggilaw@gmail.com
**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-14614-MKN |
| | ) | |
| VICKIE MARIE STARK, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | DATE:  December 6, 2023 |
| | ) | |
| | ) | TIME:   2:30 p.m. |

### RESPONSE  TO  MOTION   **TO DISMISS CHAPTER 13 CASE**

The Debtor, by and through its counsel, David A. Riggi, Esq., hereby responds to the Motion of the Chapter 13 Trustee to Dismiss Chapter 13 Case ("Motion). The Debtor does not oppose the Motion, however, it must be noted that there was no intent not to to follow the orders of the Court,  This case was filed in good faith. Moreover, issues have arisen with Chase Mortgage, the first mortgage holder on the Debtor's primary residence, that, combined with the Debtor's disposable income, would make it difficult and problematic for the Debtor to propose and confirm a feasible plan under Chapter 13. There are other issues involving an out of state landlord that, it is now hoped, will be resolved outside of the jurisdictional purview of this Court.

Dated this 6th day of December, 2023.

/s/ David A. Riggi
David A. Riggi, Esq.
**Attorney for the Debtor**

1