_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 13, 2023

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th Street, Suite 101
Las Vegas, Nevada 89101
Telephone:  (702) 853-0700
Email:  kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                    )       Case No. 23-14614-MKN
                                          )       Chapter 13
VICKIE MARIE STARK,                       )
                                          )       **ORDER GRANTING TRUSTEE'S**
                                          )       **MOTION TO DISMISS CHAPTER**
                                          )       **13 CASE**
                                          )
                                          )
                        Debtor(s).        )       Date:   December 6, 2023
                                          )       Time:   2:30 p.m.

    The hearing regarding Trustee's Motion to Dismiss Chapter 13 Case was held on the date and time above-captioned; notice of said hearing was properly given and no party filed an opposition thereto; the Court having considered the pleadings and for good cause appearing, therefor;

    **IT IS HEREBY ORDERED** that the Trustee's Motion to Dismiss Chapter 13 Case is GRANTED

1

and the case is dismissed pursuant to 11 U.S.C. §1307(c)(1) and (3).

Respectfully Submitted by:

/s/  Danielle N. Gueck-Townsend
DANIELLE N. GUECK-TOWNSEND, ESQ.
Counsel for Kathleen A. Leavitt,
Chapter 13 Bankruptcy Trustee
711 South 4th Street, Suite 101
Las Vegas, Nevada  89101
Dated:     12/11/2023

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, an attorney submitting this document certifies as follows:

_____ The court has waived the requirement set forth in LR 9021(b)(1).

__X__  No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

|  | Approved: | _____ |
|---|---|---|
|  | Disapproved: | _____ |
|  | Failed to Respond: | _____ |

_____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2

###